## Paul Cozzi, Appellee, v. Joseph Pizzo, Defendant. Appeal of Samuel A. Gilford, Appellant.

Gen. No. 44,399.

opinion filed March 1, 1949; released for publication May 12, 1949. Cohen & Weiss, for appellant; Marvin Patrick Cohen, of counsel; Bernard P. Barasa and Moss & Inlander, for appellee; Walter E. Moss, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.